1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF CALIFORNIA

8

9  BILLY LOUIS BOOKER,              1:03-cv-06746-OWW-DLB-P

10            Plaintiff,       **ORDER ADOPTING FINDINGS AND**
                               **RECOMMENDATIONS** (Doc. 34)
11 vs.
                               **ORDER GRANTING MOTION FOR**
12 R/N M. ROSE, et al.,        **SUMMARY JUDGMENT** (Doc. 33)

13            Defendants.      **ORDER DIRECTING CLERK TO**
   _____/    **ENTER JUDGMENT**
14
                               **ORDER CONCLUDING ENTIRE ACTION**
15

16      Plaintiff, Billy Louis Booker ("plaintiff"), is a state

17 prisoner proceeding pro se and in forma pauperis in this civil

18 rights action pursuant to 42 U.S.C. § 1983.  The matter was

19 referred to a United States Magistrate Judge pursuant to 28

20 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21      On November 18, 2005, the Magistrate Judge filed Findings

22 and Recommendations herein which were served on the parties and

23 which contained notice to the parties that any objections to the

24 Findings and Recommendations were to be filed within thirty (30)

25 days.  To date, the parties have not filed objections thereto.[1]

26

27      _____

28      [1] The United States Postal Service returned the order served on plaintiff on November 29, 2005, as
   undeliverable.  A notation on the envelope indicated:  Return to Sender -Refused.  However, service at a party's
   prior address is fully effective.  See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed November 18,

8  2005, are ADOPTED in full;

9    2.   Defendants' motion for summary judgment, filed March

10 16, 2005, is GRANTED;

11   3.   The Clerk enter judgment for defendants and against

12 plaintiff; and,

13   4.   This action is therefore CONCLUDED in its entirety.

14 IT IS SO ORDERED.

15 **Dated:   January 25, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28