```
                                        FILED
                                JUDGMENT ENTERED
                              _____Jan. 31, 2006_____
                                           Date
                              by _____G. Lucas_____
                                        Deputy Clerk
                                     U.S. District Court
                                  Eastern District of California
                              __XX____  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

BILLY LOUIS BOOKER,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-03-6746 OWW/DLB P

R/N M. ROSE, et al.,

_____/

       The Findings and Recommendations issued by the Magistrate Judge on November 18, 2005, are hereby adopted in full, and

       Judgment is entered in favor of the defendants, and against the plaintiff.

DATED:  Jan. 31, 2006

                            JACK L. WAGNER, Clerk

                        By:  /s/ GREG LUCAS
                               Deputy Clerk